```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WATERLOO CAPITAL PARTNERS, LLC,

                Plaintiff,

       v.

BWX LIMITED,

                Defendant.

No.   18-CV-6542 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On April 14, 2020, the Court ordered the parties to file a status report, which would address whether a referral to a magistrate judge or retaining an outside mediator would assist in resolving this case, no later than May 15.  Dkt. 50.  The Court further ordered that if those were not options at this time, the parties were to propose a schedule for the remainder of discovery. *Id.*  To date, the Court has not received this letter.  Accordingly, no later than June 10, the parties shall file this status report.

SO ORDERED.

Date: June 5, 2020
       New York, NY

_____
Ronnie Abrams
United States District Judge