USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12-16-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WATERLOO CAPITAL PARTNERS, LLC,

                Plaintiff,

      v.

BWX LIMITED,

                Defendant.

18-CV-6542 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On June 11, 2020, this Court approved the parties' proposed discovery schedule and ordered the parties to submit to the Court a joint status letter no later than one week after the close of discovery. Dkt. 56. Pursuant to the proposed schedule, discovery was set to end December 2, 2020. *See id.* To date, the parties have not provided any status update to the Court, nor have they requested more time to complete discovery. Accordingly, no later than December 23, 2020, the parties shall submit a joint status update to the Court.

SO ORDERED.

Dated:    December 16, 2020
            New York, New York

                                                   RONNIE ABRAMS
                                                   United States District Judge