USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WATERLOO CAPITAL PARTNERS, LLC,
          Plaintiff,

v.

BWX LIMITED,
          Defendants.

18-CV-6542 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On April 1, 202, the Court denied summary judgment for Defendant on Plaintiff's first count and granted summary judgment for Defendant on Plaintiff's second count. *See* Dkt. 58. On March 15, 2021 the parties voluntarily dismissed the remainder of Plaintiff's claims. Dkt. 61. Accordingly, it is hereby:

ORDERED that the parties submit a joint status letter no later than May 14, 2021, proposing next steps for this litigation. If the next step is trial, the parties shall include in their letter whether they wish to proceed with a bench trial or a jury trial, and to propose available dates for trial between September 2021 and January 2022.

IT IS FURTHER ORDERED that counsel for all parties appear for a conference on Friday, May 21, 2021 at 1:30 pm. The Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    April 30, 2021
           New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge