USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/03/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WATERLOO CAPITAL PARTNERS, LLC,

            Plaintiff,

    v.

BWX LIMITED,

            Defendants.

18-CV-6542 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On May 21, 2021, the Court held a scheduling conference with the parties, at which the Court asked the parties to speak with their clients and potential witnesses about whether they are amenable to holding an in-person bench trial at which those witnesses located outside the United States would testify via video conference. If the parties are amenable, the Court will schedule a trial in this matter for the week of November 1, 2021. No later than June 4, 2021, the parties shall submit a joint letter informing the Court where they stand on (1) that trial date and (2) that trial format.

SO ORDERED.

Dated:    June 3, 2021
           New York, New York

                                    RONNIE ABRAMS
                                    United States District Judge