**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WATERLOO CAPITAL PARTNERS, LLC,

                Plaintiff,

-against-                                          18 **CIVIL** 6542 (RA)

                                                  **JUDGMENT**

BWX LIMITED,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated June 8, 2022, the Court concludes that Waterloo is not entitled to an "additional success fee" under the May 2017 contract in connection with BWX's acquisitions of Mineral Fusion and Andalou Naturals.  Judgment is entered for BWX; accordingly, the case is closed.

**Dated:**  New York, New York

        June 8, 2022

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                                  **BY:**      K. Mango

                                                          **Deputy Clerk**